# Third District Court of Appeal
## State of Florida

Opinion filed April 27, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1203
Lower Tribunal No.17-3843
_____

**Essential Media Group, LLC, et al.,**
Appellants/Cross-Appellees,

vs.

**43 North Broadway, LLC,**
Appellee/Cross-Appellant.

An appeal from the Circuit Court for Miami-Dade County, William Thomas, Judge.

GPG Law, and Alan G. Geffin, and Christopher Perez-Gurri (Fort Lauderdale), Wolfe Law Miami, P.A., and Richard C. Wolfe, for appellants/cross-appellees.

Seiler, Sautter, Zaden, Rimes & Wahlbrink, and John P. Seiler, and Steven A. Wahlbrink (Fort Lauderdale), for appellee/cross-appellant.

Before LOGUE, MILLER, and LOBREE, JJ.

PER CURIAM.

Affirmed.